```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
GILBERTO ONTIVEROS-VALENCIA
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 09 CR 216 OWW |
| Plaintiff, | |
| vs. | STIPULATION AND |
| GILBERTO ONTIVEROS-VALENCIA aka DANIEL ONTIVEROS-VALENCIA | ORDER TO CONTINUE |
| Defendant. | |

Defendant GILBERTO ONTIVEROS-VALENCIA by and through his attorney James R. Homola, and the united States of America, by and through its attorney, KIM SANCHEZ, Assistant U.S. Attorney, hereby stipulate to the following joint request:

That the hearing scheduled for September 8, 2009 be continued to September 14, 2009 at 1:30 pm. The continuance is requested to permit counsel for defendant to resolve a scheduling conflict.

DATED: August 28, 2009

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111


```
/s/ James R. Homola            /S/ Kimberly A. Sanchez
JAMES R. HOMOLA                KIMBERLY A. SANCHEZ
Attorney for Defendant         Assistant U.S. Attorney
GILBERTO ONTIVEROS-VALENCIA
```

**ORDER**

**IT IS SO ORDERED.** The intervening period of delay is excused in the interests of justice, pursuant to 18 USC §3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   September 1, 2009**            /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111