```
BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:09-cr-00216 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO SET A STATUS |
| v. ) | CONFERENCE |
| ) | |
| GILBERTO ONTIVEROS-VALENCIA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and James Homola, attorney for defendant, to set a status conference for Monday, March 29, 2010 at 9:00 a.m.

```
Dated: March 17, 2010              Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                             By    /s/ Kimberly A. Sanchez
                                   KIMBERLY A. SANCHEZ
                                   Assistant U.S. Attorney

Dated: March 17, 2010              /s/ James Homola
                                   JAMES HOMOLA
                                   Attorney for Gilberto
                                   Ontiveros-Valencia
```

**IT IS SO ORDERED.**

Dated: March 17, 2010

/s/ OLIVER W.WANGER
Honorable Oliver W. Wanger