1    KATHERINE HART #76715
     Attorney at Law
2    2055 San Joaquin
     Fresno, Ca. 93721
3    Telephone: (559) 256-9800
     Facsimile:  (559) 256-9798
4
     Attorney for Defendant Gilberto Ontiveros-Valencia,
5    aka Daniel Valencia-Ontiveros

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,      )   CASE NO. 1:09-cr-00216 OWW
                                     )
12              Plaintiff,           )   STIPULATION TO CONTINUE
                                     )   STATUS CONFERENCE TO NEW
13                                   )   DATE AND **ORDER**
                                     )   APPROVING NEW DATE
14   vs.                            )
                                     )
15                                   )   CURRENT DATE: 6/21/10, 9:00 am
                                     )
16   GILBERTO-ONTIVEROS              )   PROPOSED DATE: 7/12/10, 9:00 am
     VALENCIA, aka DANIEL            )
17   VALENCIA ONTIVEROS             )
                                     )
18              Defendant.           )
     _____)
19

20         It is hereby stipulated by and between counsel for the government

21   KIMBERLY SANCHEZ and counsel for the defendant KATHERINE HART that

22   the status conference be continued from June 21, 2010 at 9:00 a.m. to July 12,

23   2010 at 9:00 a.m.  The basis for the stipulation is that counsel are engaged in

24   ongoing discovery and efforts to settle this case, and certain meetings to facilitate

25   such settlement need to be scheduled according to the respective attorneys' busy

26   calendars.   Defendant consents to such stipulation and waives any time

27   requirements of the Speedy Trial Act.

28

1   DATED: 6/16/10              /s/Katherine Hart
2                              KATHERINE HART, Attorney for
                               Defendant GILBERTO ONTIVEROS-
3                              VALENCIA

4
    DATED: 6/16/10              /s/Kimberly Sanchez
5                              KIMBERLY SANCHEZ, Assistant U.S.
                               Attorney
6

7

8                              **ORDER**

9

10         Counsel having stipulated to continue the status conference from June 21,

11   2010 to July 12, 2010 to facilitate settlement of this case, it is hereby ordered that

12   the status conference previously set for June 21, 2010 be reset to July 12, 2010 at

13   9:00 a.m.

14

15   IT IS SO ORDERED.

16   **Dated:    June 18, 2010             _____/s/ Oliver W. Wanger_____**
                                   UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28                                    2