# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GILBERTO ONTIVEROS-VALENCIA,<br><br>Defendant. | Case No. 1:09-CR-00216-(1)-LJO<br><br>ORDER REDESIGNATING JANUARY 20, 2016 FILING AS PRO SE MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)(2) AND REFERRING CASE TO FEDERAL DEFENDER'S OFFICE<br><br>(Doc. 53) |

On January 20, 2016, Defendant Gilberto Ontiveros-Valencia ("Defendant") filed a *pro se* motion on the form designated for making motions to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Doc. 53. However, upon review of that motion, it is apparent that Defendant is seeking relief under U.S.S.G. § 1B1.10(b)(1) and Amendment 782 to the United States Sentencing Guidelines, which revised the Drug Quantity Table in § 2D1.1 and reduced by two levels the offense level applicable to many drug trafficking offenses. Such relief must be requested pursuant to Title 18, United States Code, Section 3582(c)(2) ("Section 3582 Motion"). Because Defendant is proceeding *pro se* the Court will construe and re-designate his January 20, 2016 filing as a Section 3582 Motion.

Pursuant to Eastern District of California General Order 546, the Federal Defender's Office ("FDO") is hereby appointed to represent Defendant in this matter. From the filing date of this Order, the FDO **SHALL** have 90 days, **on or before April 21, 2016**, to file a supplement to Defendant's *pro se* Section 3582 Motion **or** to notify the Court that it does not intend to file a

supplement to the motion. Thereafter, the government **SHALL** have **30 days** from the date of the FDO's filing to file a response to Defendant's Section 3582 Motion.

IT IS SO ORDERED.

    Dated: **January 25, 2016**         /s/ Lawrence J. O'Neill
                                                                       UNITED STATES DISTRICT JUDGE